UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| IVY BYRD GAINES, | ) | CASE NO.   C08-0050-TSZ-MAT |
| | ) | (CR03-496-TSZ) |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER GRANTING PETITIONER'S |
| UNITED STATES OF AMERICA, | ) | MOTION FOR EXTENSION OF TIME |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

The Court, having considered petitioner's motion for an extension of time to file a response to the government's answer to petitioner's § 2255 motion, and the balance of the record, does hereby find and ORDER:

(1) Petitioner's unopposed motion for an extension of time to file a response (Dkt. No. 10) is GRANTED. Petitioner is directed to file and serve his response not later than *June 2, 2008*.

(2) Petitioner's § 2255 motion (Dkt. No. 1) is RE-NOTED on the Court's calendar for consideration on *June 6, 2008*. The government must file any reply brief by that date.

(3) The Clerk is directed to send copies of this Order to petitioner, to the United States

ORDER GRANTING PETITIONER'S
MOTION FOR EXTENSION OF TIME
PAGE -1

Attorney, and to the Honorable Thomas S. Zilly.

DATED this 17th day of April, 2008.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING PETITIONER'S
MOTION FOR EXTENSION OF TIME
PAGE -2