08-CV-00050-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| IVY BYRD GAINES, | ) | CASE NO. C08-0050-TSZ-MAT |
| | ) | (CR03-496-TSZ) |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER DENYING MOTION |
| | ) | UNDER 28 U.S.C. § 2255 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

The Court, having reviewed the motion for relief under 28 U.S.C. § 2255, the Report and Recommendation of Judge Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1)  The Court adopts the Report and Recommendation;

(2)  Petitioner's motion for relief under 28 U.S.C. § 2255 (Dkt. No. 1) is DENIED; and

(3)  The Clerk is directed to send copies of this Order to petitioner, to the United States Attorney, and to Judge Theiler.

DATED this 8th day of August, 2008.

THOMAS S. ZILLY
United States District Judge

ORDER DENYING MOTION
UNDER 28 U.S.C. § 2255
PAGE -1